**Dismissed and Memorandum Opinion filed October 20, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-15-00552-CV

## IN THE INTEREST OF E.E.B AND J.E.B., Children

**On Appeal from the 312th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-36413**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed March 27, 2015. The notice of appeal was filed June 25, 2015. Appellant filed an affidavit to proceed without advance payment of costs on appeal. On July 22, 2015, the trial court signed an order sustaining a contest to appellant's claim of indigence. Appellant did not file a motion challenging the trial court's order. *See* Tex. R. App. P. 20.1(j)(2). On August 18, 2015, appellant was ordered to pay the filing fee on or before September 2, 2015. On that date, appellant filed a motion to abate and remand this appeal to the trial court for an out-of-time challenge to the trial court's order

sustaining the contest. The record of the hearing on the contest reflects appellant was present at the hearing when the trial court sustained the contest. The motion to abate was denied and on September 22, 2015, this court ordered appellant to pay the appellate filing fee on or before October 2, 2015, or the appeal would be dismissed.

Appellant has not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).


PER CURIAM

Panel consists of Justices Jamison, McCally and Wise.